UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. VOONG, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-0213 KJN P<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, has filed a civil rights action pursuant to 42 U.S.C. § 1983, and is proceeding pro se.  Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  On April 18, 2016, plaintiff consented to the dismissal of his retaliation claims against defendants Balanza, Voong, Artis, and Rodriguez, and his equal protection claims against defendants Prudhel, Chavirre, and John Doe, without prejudice.  (ECF No. 8.)  This action shall proceed solely on plaintiff's Eighth Amendment and state law claims against defendants Prudhel and Chavirre.  (ECF No. 5 at 13.)

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's retaliation claims against defendants Balanza, Voong, Artis, and Rodriguez, and his equal protection claims against defendants Prudhel, Chavirre, and John Doe, are dismissed without prejudice.

Dated:  April 26, 2016

carr0213.dsm

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1